IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

CLCM HOLDINGS, LLC, a
limited liability company

        CASE NO.: _____

    Plaintiff,

vs.

AMERICAN ZURICH
INSURANCE COMPANY,

    Defendant.
_____/

## NOTICE OF REMOVAL

Defendant, AMERICAN ZURICH INSURANCE COMPANY ("ZURICH"), by and through its undersigned counsel, hereby files its Notice of the Removal of this cause to the United States District Court for the Middle District of Florida, Jacksonville Division, and states as grounds for such removal the following:

1. On August 17, 2023, Plaintiff, CLCM HOLDINGS, LLC, a limited liability company ("Plaintiff"), filed this action in the Circuit Court of the Fourth Judicial Circuit, in and for Clay County, Florida, Case No. 2023CA001299 ("State Action").

2. On August 23, 2023, ZURICH was served with a Summons and copy of the Complaint in connection with the State Action.  Pursuant to 28 U.S.C § 1446(a), a copy of all process and pleadings are attached hereto as **Composite Exhibit "1"** as follows:

A. Civil Cover Sheet;

B. Summons;

C. Complaint and Demand for Jury Trial;

D. Plaintiff's Notice of Appearance and Designation of Email Address;

E. Plaintiff's First Request for Production to Defendant;

F. Plaintiff's Notice of Serving First Set of Interrogatories to Defendant;

G. Amended Order Setting Case Management Plan for Non-Complex Cases;

H. Notice of Service of Process;

I. Plaintiff's Notice of Service Standing Amended Order Setting Case Management Plan for Non-Complex Cases;

J. Notice of Appearance of Counsel for Defendant and Notice of Designation of Email Address;

K. Notice of Agreed Extension of Time to Respond to the Complaint and to Respond to the Discovery Served with the Complaint;

L. Defendant's Notice of Serving Interrogatories to Plaintiff;

M. Answer, Affirmative Defenses, and Demand for Jury Trial;

N. Plaintiff's Motion for Extension of Time to Respond to Defendant's First Interrogatories;

O. Plaintiff's Reply to Defendant's Affirmative Defenses;

P. Defendant's Response to Plaintiff's First Request for Production;

Q. Defendant's Notice of Serving Answers to Plaintiff's First Set of Interrogatories;

R. Defendant's Privilege Log in Support of Response to Plaintiffs' First Request for Production of Documents;

S. Agreed Order on Plaintiff's Motion for Extension of Time to Respond to Defendant's First Interrogatories;

T. Plaintiff's Notice of Serving Answers to Defendant's First Set of Interrogatories and Plaintiff's Answers to Defendant's First Set of Interrogatories;

U. Plaintiff's Notice to Set Case for Jury Trial [first filing with substance as notice]; and

V. Plaintiff's "Notice to Set Case for Jury Trial" [second filing with substance as motion].

3. This Notice of Removal is filed in the United States District Court for the Middle District of Florida, Jacksonville Division, the court for the district and division which embraces the state court where the removed State Action was pending, and is filed within the time provided for the removal of actions to the United States District Court. *See* 28 U.S.C § 1446(b).

4. This Notice of Removal is timely pursuant to 28 U.S.C. §1446(b)(3) because ZURICH was initially unable to ascertain whether diversity of citizenship existed between the parties.

5. ZURICH did not know whether the case was removable when it was served with the Complaint because ZURICH was unaware of the identity of all the members of CLCM HOLDINGS, LLC and the Complaint was silent as to the identity and citizenship of all the members of CLCM HOLDINGS, LLC, which is a limited liability company.

6. Further, the identity and citizenship of all the members of CLCM HOLDINGS, LLC is not conclusively revealed in the public records. *See* Florida Division of Corporations' Instructions for Articles of Organization (FL LLC) (the Division of Corporations' instruction to "not list members" when forming a Florida limited liability company) (available at: https://dos.myflorida.com/sunbiz/start-business/efile/fl-llc/instructions/ (last accessed November 25, 2023)).

7. ZURICH therefore served Plaintiff with limited discovery requests on September 13, 2023, to determine the identity and citizenship of the members of CLCM HOLDINGS, LLC for the purpose of determining whether diversity exists between the parties. *See Westland Commerce Park v. Arch Specialty Ins. Co.*, 587 F. Supp. 3d 1153, 1158 (S.D. Fla. 2022) (where complaint and exhibits fail to identify the member(s) of a limited liability company and the citizenship of the member(s), limited discovery request proper to ascertain identity and citizenship of the members of a limited liability company).

8. On November 17, 2023, ZURICH discovered that the case was removable under federal diversity jurisdiction pursuant to 28 U.S.C. §1332(a)(1) as diversity exists between the parties.

9. On November 17, 2023, Plaintiff answered ZURICH's written interrogatory and identified the sole member of CLCM HOLDINGS, LLC, who is a citizen of Florida, as further set forth below. *See* Plaintiff's Answers to Defendant's First Set of Interrogatories, included in **Composite Exhibit 1-T**.

10. ZURICH is permitted 30 days to remove a case from the receipt of the first post-suit paper that provides the basis for removal. *See* 28 U.S.C. §1446(b)(3); *see also*, *Lowery v. AL. Power Co.,* 483 F.3d 1184, 1214 (11th Cir. 2007) (discussing that a party must remove within 30 days of receiving the document that provides the basis for removal). Interrogatory answers constitute 'other paper' for the purposes of 28 U.S.C. §1446(b)(3). *See Del Rio v. Scottsdale Ins. Co.,* 2005 WL 3093434 at *4 (M.D. Fla., Nov. 18, 2005); *Field v. Nat'l Life Ins. Co.,* 2001 WL 77101 at *9 (M.D. Fla., Jan. 22, 2001).

11. Therefore, pursuant to 28 U.S.C. §1446(b)(3), ZURICH timely files this Notice of Removal within 30 days after ZURICH's receipt of Plaintiff's interrogatory answer from which it first ascertained that the case is one which is removable.

## DIVERSITY OF CITIZENSHIP

12. At the time of the lawsuit and the filing of this Notice of Removal, there was and still is complete diversity between Plaintiff (citizen of Florida) on the one hand and Defendant (not a Florida citizen) on the other.

13. Plaintiff, CLCM HOLDINGS, LLC, is and was organized and incorporated under the laws of Florida at the time the Complaint was filed and at

present. **Exhibit "2"**, Sunbiz records for CLCM HOLDINGS, LLC. The sole member of CLCM HOLDINGS, LLC is David Murray. *See* **Composite Exhibit 1-T**, Plaintiff's Answers to Defendant's First Set of Interrogatories.

14. David Murray is a citizen of Florida and has a permanent residential address located at 2258 Broad Water Drive, Jacksonville, Florida 32225. *Id*. The property located at 2258 Broad Water Drive, Jacksonville, Florida 32225 is owned by David Murray and Heather Lynn Murray and it is subject to a homestead exemption. *See* Duval County Property Appraiser records containing a homestead exemption for David Murray and Heather Lynn Murray attached as **Exhibit "3;"** *see also* Warranty Deed dated September 24, 2018 naming David Murray and Heather Lynn Murray as Grantee attached as **Exhibit "4."**

15. Accordingly, Plaintiff is a citizen of the State of Florida for purposes of determining diversity under 28 U.S.C. § 1332(c)(1).

16. At all times material to this action, ZURICH is not a citizen of or incorporated in the State of Florida and does not have its principal place of business in the State of Florida. ZURICH was and is incorporated in the State of Illinois, having its principal place of business in the State of Illinois. Accordingly, at all times material to this action, ZURICH was and is a citizen of the State of Illinois for purposes of determining diversity under 28 U.S.C. § 1332(c)(1).

17. Thus, complete diversity exists between the parties in accordance with 28 U.S.C. §1332.

## AMOUNT IN CONTROVERSY

18. ZURICH issued an insurance Policy, No. ER74058935 to the Plaintiff, CLCM HOLDINGS, LLC, to insure the property located at 19 Blanding Boulevard, Orange Park Florida 32073. *See* Complaint ¶¶ 2, 5.

19. Plaintiff brought this action against ZURICH for breach of contract pursuant to the terms of the subject policy of insurance.

20. Specifically, Plaintiff contends that ZURICH failed to pay insurance proceeds to Plaintiff for damages sustained to the subject property. *See* Complaint ¶ 17.

21. Prior to filing suit, Plaintiff submitted a Sworn Statement in Proof of Loss executed by Plaintiff totaling $176,054.05 as the "total loss and damage claimed" prior to the application of the $42,500.00 deductible. Alongside the Sworn Statement in Proof of Loss, Plaintiff also submitted an estimate to ZURICH in the total amount of $176,054.05 in support of its Sworn Statement in Proof of Loss and the damages claimed to the subject property as a result of the loss referenced in the Complaint. **Composite Exhibit "5,"** Sworn Statement in Proof of Loss and Estimate provided by Plaintiff.

22. Application of the $42,500.00 deductible to the $176,054.05 damages claimed leaves the total amount of $133,554.05 in dispute.

23. Thus, the amount in controversy herein is in excess of Seventy-Five Thousand Dollars ($75,000.00), exclusive of interests and costs.

24. This Court has diversity jurisdiction over this civil action pursuant to 28 U.S.C. § 1332, as Plaintiff and ZURICH are citizens of different states and the amount in controversy exceeds Seventy-Five Thousand Dollars ($75,000.00), exclusive of interest and costs.

25. ZURICH has noticed the adverse party, Plaintiff, of this Removal by notifying Plaintiff's attorney of record.

26. ZURICH has filed a written notice with the Clerk of the Court of the Fourth Judicial Circuit in and for Clay County, Florida in compliance with 28 U.S.C § 1446 (d).

        BUTLER WEIHMULLER KATZ CRAIG LLP

        _____
        WILLIAM B. COLLUM, ESQ.
        Florida Bar No.: 106316
        wcollum@butler.legal
        Secondary: ttyler@butler.legal
        HENRIS ZAIMAJ, ESQ.
        Florida Bar No.: 1039164
        hzaimaj@butler.legal
        Secondary: apendino@butler.legal
        400 N. Ashley Drive, Suite 2300
        Tampa, Florida 33602
        Telephone:  (813) 281-1900
        Facsimile:  (813) 281-0900
        *Attorneys for Zurich American Insurance Company*

## **CERTIFICATE OF SERVICE**

I hereby certify that on November 27, 2023, the foregoing was filed with the Clerk of the Court via the CM/ECF system. I further certify that a true and correct copy of the foregoing has been furnished this day via Electronic Mail to:

Jonathan N. O'Neil, Esq.
Woolsey Morcom, PLLC
203 Fort Wade Road, Suite 105
Ponte Vedra, Florida 32081
jonathan@woolseymorcom.com
leticia@woolseymorcom.com
kristina@woolseymorcom.com
*Attorney for Plaintiff*

_____
WILLIAM B. COLLUM, ESQ.

9