Filing # 179930084 E-Filed 08/17/2023 04:57:18 PM

IN THE CIRCUIT COURT, OF THE FOURTH JUDICIAL CIRCUIT, IN AND FOR CLAY COUNTY, FLORIDA

CASE NO.:

CLCM HOLDINGS, LLC, a limited liability company,

    Plaintiff,

vs.

AMERICAN ZURICH INSURANCE COMPANY,

    Defendant.

_____/

## COMPLAINT AND DEMAND FOR JURY TRIAL

COMES NOW the Plaintiff, **CLCM HOLDINGS, LLC** (hereinafter referred to as "Plaintiff"), by and through the undersigned counsel, and hereby sues Defendant, **AMERICAN ZURICH INSURANCE COMPANY** (hereinafter referred to as "Defendant"), and as grounds therefore states as follows:

### JURISDICTION AND VENUE

1. This is an action for damages in excess of fifty thousand ($50,000.00), exclusive of pre-judgement interest, attorney's fees, and costs.

2. At all times material hereto, Plaintiff owned property located at **19 Blanding Blvd., Orange Park, FL 32073** (the "Property").

3. At all times material hereto, Defendant was a corporation duly licensed to conduct business in the State of Florida and is engaged in the business of insurance in **Clay County.**

4. Jurisdiction and venue are proper in this Court.

## GENERAL ALLEGATIONS

5. At all times material, Plaintiff's Property was covered and insured for covered losses by Policy Number **ER74058935** issued by Defendant (the "Policy"). Plaintiff has requested a complete copy of the Policy from Defendant. A copy of the Policy is attached hereto as **Exhibit "A."**

6. Plaintiff has paid all premiums on the Policy, and the Policy was in full force and in effect at all relevant times herein.

7. On or about **November 11, 2022,** Plaintiff suffered damages to the Property, including but not limited to storm, wind, rain, and/or water intrusion damages.

8. Defendant assigned claim number **5630088068**.

9. The damage to the Property was caused by a covered peril under the Policy.

10. The damage to Plaintiff's property is accidental, continuing in nature, and covered under the Policy.

11. Plaintiff duly made an application for insurance benefits under the Policy, but Defendant has failed and refused to admit coverage and pay Plaintiff the benefits to which it is entitled for the loss.

12. All conditions precedent to obtaining payment of said benefits under the policy from Defendant have been compiled with, met or were waived by Defendant.

13. As a result of Defendant's refusal to pay the losses sustained by Plaintiff, Plaintiff has retained the services of the undersigned attorney and is obliged to pay a reasonable fee for services thereof. Plaintiff is entitled to attorneys' fees in this action pursuant to Fla. Stat. § 627.428 and/or 627.70152.

## COUNT 1
## (Breach of Contract)

14. Plaintiff hereby incorporate by reference paragraphs 1 through 13, as though fully set forth herein.

15. Plaintiff and Defendant are parties to a valid and binding contract under which Defendant is required to provide insurance benefits to Plaintiff in the event of a covered loss to Plaintiff's Property.

16. Plaintiff has suffered a covered loss to the Property.

17. Defendant has breached the Policy by failing to knowledge the covered loss and failing to pay Plaintiff all of the benefits due and owing under the Policy.

18. Plaintiff has been damaged by Defendant's breach of contract.

19. Plaintiff is entitled to damages, including but not limited to, the full cost of remediation and repair of the Property.

20. Plaintiff is entitled to compensation for the loss to the Property. Plaintiff seeks the following damages: (a) the full cost for remediation and repair of the Property; (b) damages including court costs, attorneys' fees under Fla. Stat. § 627.428 and/or 627.70152, expert fees and costs, and pre-judgment interest; and (c) additional policy benefits for additional living expenses, loss of rental value, debris removal, and/or any other benefit available under the policy.

WHEREFORE, the Plaintiff, **CLCM HOLDINGS, LLC,** demands judgment against Defendant/Insurer, **AMERICAN ZURICH INSURANCE COMPANY** for:

A. All damages to which Plaintiff are entitled, including all benefits available under the Policy of insurance;

B. Pre-judgment interest;

C. Court costs, expert fees, and attorneys' fees pursuant to Fla. Sta. §§ 57.041, 92.231, and 627.428 and/or 627.70152; and

D. Any such other and further relief that this Court deems just and reasonable.

## DEMAND FOR JURY TRIAL

Plaintiff demands a trial by jury on all issues so triable.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing has been provided to the Defendant via the Chief Financial Officer as RA, Service of Process Section, 200 East Gaines Street, Tallahassee, FL 32314.

**WOOLSEY MORCOM, PLLC**

By: */s/ Jonathan O'Neil*
**JONATHAN N. O'NEIL, ESQ.**
Florida Bar No. 120498
203 Fort Wade Road, Suite 105
Ponte Vedra, Florida 32081
(904) 638-4235 (telephone)
(904) 638-9302 (facsimile)
jonathan@woolseymorcom.com
leticia@woolseymorcom.com
kristina@woolseymorcom.com
**ATTORNEYS FOR THE PLAINTIFF**