IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

CLCM HOLDINGS, LLC,

    Plaintiff,

vs.                                        CASE NO.: 3:23-cv-01387-MMH-LLL

AMERICAN ZURICH INSURANCE
COMPANY,

    Defendant.
_____/

**AMENDED[1] JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE**

Defendant AMERICAN ZURICH INSURANCE COMPANY and Plaintiff CLCM HOLDINGS, LLC, by and through their respective counsel, stipulate that all issues in this lawsuit, having been resolved, be DISMISSED WITH PREJUDICE, with each party to bear their respective attorneys' fees and costs, with all liens and subrogated interests to be satisfied by CLCM HOLDINGS, LLC.

| | |
|---|---|
| Dated: <u>November 21, 2024</u> | Dated: <u>   November 21, 2024   </u> |
| <u>/s/ Henris Zaimaj               </u> | /s/ JONATHAN N. O'NEIL |
| WILLIAM B. COLLUM, ESQ. | |
| Florida Bar No.: 106316 | JONATHAN N. O'NEIL, ESQ. |
| wcollum@butler.legal | Florida Bar No.: 120498 |
| Secondary: apendino@butler.legal | jonathan@woolseymorcom.com |
| HENRIS ZAIMAJ, ESQ. | leticia@woolseymorcom.com |
| Florida Bar No:1039164 | kristina@woolseymorcom.com |
| hzaimaj@butler.legal | Woolsey Morcom, PLLC |
| BUTLER WEIHMULLER KATZ | 203 Fort Wade Road, Suite 260 |
| CRAIG LLP | Ponte Vedra, Florida 32081 |

---

[1] Amended to omit reference to the Court's retention of jurisdiction inadvertently included in prior stipulation.

| | |
|---|---|
| 400 N. Ashley Drive, Suite 2300 | Telephone: (904) 638-4235 |
| Tampa, Florida  33602 | Facsimile:  (904) 638-9302 |
| Telephone:  (813) 281-1900 | *Attorney for Plaintiff* |
| Facsimile:   (813) 281-0900 | |
| *Attorneys for Defendant* | |